# Hummingbird Credit Counseling and Education, Inc.
## CERTIFICATE OF COMPLETION
## PERSONAL FINANCIAL MANAGEMENT INSTRUCTION COURSE

Certificate Number: 404900-G446340O-33

### milton jackson
12-31554dhw

I CERTIFY that on June 2, 2013, at 2:48 PM EDT, milton jackson has completed the Personal Financial Management Instructional Course, entitled "Personal Financial Skills and Your Pursuit of Happiness" from Hummingbird Credit Counseling and Education, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide debtor education courses in Alabama, Middle District.

By: Joel Minton        Date: June 2, 2013

Title: President

*[signature]*